(114 So. 921)

John FLOYD v. STATE. (5 Div. 667.) Court of Appeals of Alabama. Nov. 29, 1927.

George Smoot, Judge.

BRICKEN, P. J. Appeal dismissed.

(112 So. 921)

Sam FRANK et al. v. STATE. (8 Div. 525.) Court of Appeals of Alabama. April 19, 1927.

J. E. Horton, Judge.

SAMFORD, J. Defendants were sureties on an appearance bond of one Patrick O'Hare, conditioned on the appearance of the said O'Hare at the circuit court of Limestone County. The said O'Hare failing to appear, the bond was forfeited, and a conditional judgment was entered for the amount named in the bond. At a subsequent term of the court, after notice as required by law, this judgment was made final for $1,000, and on motion for defendant was reduced to $400. We find no error in the record, and the judgment is affirmed. Affirmed.

(118 So. 923)

Frank FRANKLIN v. STATE. (4 Div. 453.) Court of Appeals of Alabama. Nov. 20, 1928.

J. S. Williams, Judge.

SAMFORD, J. Affirmed.

(112 So. 921)

Virgil FRAZIER v. E. M. DISMUKE. (4 Div. 305.) Court of Appeals of Alabama. March 31, 1927.

W. L. Parks, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(114 So. 921)

Tommie FREEMAN v. STATE. (6 Div. 233.) Court of Appeals of Alabama. Dec. 13, 1927.

Ernest Lacy, Judge.

RICE, J. Appeal dismissed.

(112 So. 921)

H. FRIEDMAN v. Maurice D. FOX, et al. (6 Div. 117.) Court of Appeals of Alabama. April 21, 1927.

Roger Snyder, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(114 So. 922)

FROLIC THEATRE v. B. C. TURNHAM. (6 Div. 277.) Court of Appeals of Alabama. Dec. 1, 1927.

C. B. Smith, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(111 So. 924)

Sam GAINES v. CITY of HUNTSVILLE. (8 Div. 436.) (Court of Appeals of Alabama. Feb. 1, 1927.)

O. Kyle, Judge.

BRICKEN, P. J. Appeal dismissed.

(118 So. 924)

Gus GAINS v. STATE. (4 Div. 448.) Court of Appeals of Alabama. Nov. 28, 1928.

J. S. Williams, Judge.

RICE, J. Affirmed.

(115 So. 923)

Joe GAITHER v. STATE. (7 Div. 380.) Court of Appeals of Alabama. Jan. 17, 1928.

R. B. Carr, Judge.

RICE, J. Appeal dismissed.

(112 So. 921)

John GANN v. STATE. (6 Div. 136.) Court of Appeals of Alabama. May 17, 1927.

R. L. Blanton, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

(112 So. 922)

John GANN v. STATE. (6 Div. 137.) Court of Appeals of Alabama. May 17, 1927.

R. L. Blanton, Judge. Carrying concealed pistol.

RICE, J. Affirmed.

(118 So. 924)

Ike GARDNER v. STATE. (6 Div. 440.) Court of Appeals of Alabama. Oct. 9, 1928.

J. C. B. Gwin, Judge.

PER CURIAM. Appeal abated; new trial granted by lower court.